# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA



FILED IN OPEN COURT
JAN - 3 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
V.
BAIL REFORM ACT

Raheem Walker         Case No. 2:20mj1
*Defendant*

Upon motion of the _____ United States
detention hearing is set for ____1/8/20____ * at ____2:30 pm____
                                    *Date*                          *Time*
before _____ United States Magistrate Judge _____
                        *Name of Judicial Officer*
_____ Norfolk, Virginia _____
                        *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
                                                                                    *Other Custodial Official*

Date: __Jan. 3, 2020__          ____[signature]____
                                                    *Judge*

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.